UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

State of New York, *et al.*,

               Plaintiffs,

        v.

Donald J. Trump, *et al.*,

               Defendants.

-------------------------------------------------------- x

25 Civ. 1144 (JAV)

**NOTICE OF APPEAL**

     All defendants appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order granting a preliminary injunction entered on February 21, 2025 [ECF No. 76]; the Opinion and Order modifying the preliminary injunction entered on April 11, 2025 [ECF No. 139]; and the Memorandum Opinion and Order denying dissolution of the preliminary injunction and modifying the preliminary injunction entered on May 27, 2025 [ECF No. 156].

Dated:    New York, New York
          July 28, 2025

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:    /s/ Rebecca S. Tinio
       Rebecca S. Tinio
       Jeffrey S. Oestericher
       Assistant United States Attorneys
       86 Chambers Street
       New York, New York  10007
       Telephone: (212) 637-2774/2695
       E-mail:  rebecca.tinio@usdoj.gov
                jeffrey.oestericher@usdoj.gov

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:25–cv–01144–JAV

State of New York et al v. Donald J. Trump et al
Assigned to: Judge Jeannette A. Vargas
Cause: 05:551 Administrative Procedure Act

Date Filed: 02/07/2025
Jury Demand: None
Nature of Suit: 899 Other Statutes:
Administrative Procedures Act/Review or
Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**State of New York**                     represented by   **Andrew Stuart Amer**
New York State Department of Law (28
Liberty)
28 Liberty Street
New York, NY 10005
212–416–6127
Fax: 212–416–6009
Email: andrew.amer@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rabia Claire Muqaddam**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
917–715–4172
Email: rabia.muqaddam@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Christopher Thompson**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
212–416–6183
Email: stephen.thompson@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Colleen Kelly Faherty**
New York State Office of the Attorney
General (28 Liberty)
28 Liberty Street, 15th Floor
New York, NY 10005
(212)–416–6046
Fax: (212)–416–6009
Email: colleen.faherty@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Arizona**                      represented by   **Joshua Bendor**
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
602–542–8958
Email: joshua.bendor@azag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Katz**
Arizona Attorney General's Office

2005 N Central Avenue
Phoenix, AZ 85004
602–542–8053
Fax: 602–542–8303
Email: joshua.katz@azag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of California**                    represented by    **Michael Surren Cohen**
California Attorney General's Office
1300 I Street, P.O. Box 944255
Suite 125
Sacramento, CA 94244
916–210–6090
Email: michael.cohen@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay C Russell**
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415–510–3617
Email: jay.russell@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**John D Echeverria**
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415–510–3479
Fax: 415–703–1234
Email: john.echeverria@doj.ca.gov
*TERMINATED: 07/17/2025*
*ATTORNEY TO BE NOTICED*

**Mark Beckington**
California Department of Justice
300 South Spring Street
Suite 1702
Los Angeles, CA 90013
213–269–6256
Email: mark.beckington@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Nicholas Reiss Green**
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415–510–3597
Fax: 415–703–5480
Email: nicholas.green@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Thomas Stuart Patterson**
Office of the California Attorney General
455 Golden Gate Ave.
Ste. 11000
San Francisco, CA 94102
415–510–3609
Fax: 415–703–5843
Email: thomas.patterson@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Colorado**                     represented by **Shannon Wells Stevenson**
                                          Colorado Department of Law
                                          1300 Broadway, 10th Floor
                                          Denver, CO 80203
                                          720–508–6749
                                          Email: shannon.stevenson@coag.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State Of Connecticut**                  represented by **Matthew Fitzsimmons**
                                          Office of the Attorney General
                                          165 Capitol Avenue
                                          Hartford, CT 06106
                                          860–808–5004
                                          Fax: 860–808–5387
                                          Email: matthew.fitzsimmons@ct.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Delaware**                     represented by **Vanessa L Kassab**
                                          Delaware Department of Justice
                                          Carvel State Building
                                          820 N. French St.
                                          Wilmington, DE 19801
                                          302–683–8881
                                          Email: vanessa.kassab@delaware.gov
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Hawaii**                       represented by **David Dana Day**
                                          State of Hawaii – Department of the
                                          Attorney General
                                          425 Queen Street
                                          Honolulu, HI 96813
                                          808–586–1284
                                          Email: david.d.day@hawaii.gov
                                          *ATTORNEY TO BE NOTICED*

                                          **Kalikoonalani Diara Fernandes**
                                          Department of the Attorney General, State
                                          of Hawaii
                                          425 Queen Street
                                          Honolulu, HI 96813
                                          808–586–1360
                                          Email: kaliko.d.fernandes@hawaii.gov
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Illinois**                     represented by **Darren Bernens Kinkead**
                                          Illinois Attorney General's Office
                                          115 South LaSalle Street
                                          Chicago, IL 60603
                                          773–590–6967
                                          Email: darren.kinkead@ilag.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Maine**                          represented by  **State of Maine**
                                                           Attorney General of Maine
                                                           6 State House Station
                                                           Augusta, ME
                                                           207–626–8800
                                                           Email: jason.anton@maine.gov
                                                           PRO SE

**Plaintiff**

**State of Maryland**                       represented by  **Adam Kirschner**
                                                           Office of the Attorney General– State of
                                                           Maryland
                                                           200 Saint Paul Place
                                                           Baltimore, MD 21202
                                                           410–576–6424
                                                           Email: akirschner@oag.state.md.us
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Massachusetts**          represented by  **Katherine Brady Dirks**
                                                           Massachusetts Attorney General's Office
                                                           1 Ashburton Pl.
                                                           Ste 20th Floor
                                                           Boston, MA 02478
                                                           617–963–2277
                                                           Email: katherine.dirks@mass.gov
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Minnesota**                      represented by  **Elizabeth C Kramer**
                                                           Minnesota Attorney General's Office
                                                           445 Minnesota Street
                                                           Ste 600
                                                           St. Paul, MN 55101
                                                           651–757–1010
                                                           Email: liz.kramer@ag.state.mn.us
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Nevada**                         represented by  **Heidi Parry Stern**
                                                           Nevada Attorney General's Office
                                                           1 State of Nevada Way
                                                           Ste 100
                                                           Las Vegas, NV 89119
                                                           702–486–3594
                                                           Email: hstern@ag.nv.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New Jersey**                     represented by  **David Edward Leit**
                                                           Division of Law
                                                           124 Halsey Street
                                                           Newark, NJ 07101
                                                           973–648–7453
                                                           Fax: 973–648–4887
                                                           Email: david.leit@law.njoag.gov
                                                           *LEAD ATTORNEY*

**Kashif Taraq Chand**
New Jersey Division of Law
124 Halsey Street
5th Floor
Newark, NJ 07101
908–705–3958
Email: kashif.chand@law.njoag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of North Carolina**   represented by   **Daniel Paul Mosteller**
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919–716–6026
Email: dmosteller@ncdoj.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Oregon**   represented by   **Elleanor H. Chin**
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
503–947–4700
Email: elleanor.chin@doj.state.or.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Rhode Island**   represented by   **Alexander Michael Carnevale**
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903
401–274–4400
Email: acarnevale@riag.ri.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Vermont**   represented by   **Jonathan T Rose**
Office of the Attorney General
Appellate Unit
109 State Street
Montpelier, VT 05609
802–793–1646
Email: jonathan.rose@vermont.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Wisconsin**   represented by   **Brian Patrick Keenan**
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707–7857
608–266–0020
Fax: 608–267–2223
Email: keenanbp@doj.state.wi.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Donald J. Trump**
*in his official capacity as President of the United States*

represented by **Jeffrey Stuart Oestericher**
U.S. Attorney's Office, SDNY (86 Chambers St.)
86 Chambers Street
New York, NY 10007
212–637–2200
Fax: 212–637–2730
Email: Jeffrey.Oestericher@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Rebecca Sol Tinio**
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637–2774
Fax: (212) 637–2702
Email: rebecca.tinio@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Department of Treasury**

represented by **Jeffrey Stuart Oestericher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Sol Tinio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bessent Scott**
*in his official capacity as Secretary of the Treasury*

represented by **Jeffrey Stuart Oestericher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Sol Tinio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**American Center for Law and Justice**

represented by **Alexander Zachary Lonstein**
Lonstein Law Office, P.C.
190 S Main Street
Ellenville, NY 12428
845–647–8500
Email: alex@alexlonsteinlaw.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Former Treasury Department Officials**

represented by **Gregory L. Diskant**
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
212–336–2000
Fax: 212–336–2222
Email: gldiskant@pbwt.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**State of Iowa**

represented by **David H Thompson**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.

Washington, DC 20036
(202)–220–9600
Email: dthompson@cooperkirk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric H Wessan**
Iowa Department of Justice
1305 Walnut St.
Des Moines, IA 50319
515–823–9117
Email: eric.wessan@ag.iowa.gov
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**State of Alabama**     represented by   **David H Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**State of Arkansas**     represented by   **David H Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**State of Florida**     represented by   **David H Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**State of Georgia**     represented by   **David H Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**State of Idaho**     represented by   **David H Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**State of Indiana**     represented by   **David H Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**State of Kansas**     represented by   **David H Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**State of Louisiana**     represented by   **David H Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**State of Mississippi**     represented by   **David H Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**State of Missouri**                        represented by **David H Thompson**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**State of Montana**                         represented by **David H Thompson**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**State of Nebraska**                        represented by **David H Thompson**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**State of North Dakota**                    represented by **David H Thompson**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**State of Ohio**                            represented by **David H Thompson**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**State of Oklahoma**                        represented by **David H Thompson**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**State of South Carolina**                  represented by **David H Thompson**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**State of South Dakota**                    represented by **David H Thompson**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**State of Texas**                           represented by **David H Thompson**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**State of Utah**                            represented by **David H Thompson**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

V.

**Intervenor**

**Judson Witham**

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 02/07/2025 | 1 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR** COMPLAINT against All Defendants. (Filing Fee $ 405.00, Receipt Number ANYSDC–30587898)Document filed by STATE OF NEW YORK..(Faherty, Colleen) Modified on 2/7/2025 (laq). (Entered: 02/07/2025) |
|---|---|---|
| 02/07/2025 | 2 | CIVIL COVER SHEET filed..(Faherty, Colleen) (Entered: 02/07/2025) |
| 02/07/2025 | 3 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by STATE OF NEW YORK. Related Document Number: 1 ..(Faherty, Colleen) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 02/07/2025) |
| 02/07/2025 | 4 | MEMORANDUM OF LAW in Support re: 1 Complaint, 3 Proposed Order to Show Cause With Emergency Relief . Document filed by STATE OF NEW YORK..(Faherty, Colleen) (Entered: 02/07/2025) |
| 02/07/2025 | 5 | DECLARATION of Colleen K. Faherty in Support re: 3 Proposed Order to Show Cause With Emergency Relief. Document filed by STATE OF NEW YORK..(Faherty, Colleen) (Entered: 02/07/2025) |
| 02/07/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Colleen Faherty to RE–FILE Document No. 1 Complaint. The filing is deficient for the following reason(s): the All Defendant radio button was selected. Re–file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (laq)** (Entered: 02/07/2025) |
| 02/07/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Jeannette A. Vargas. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(laq) (Entered: 02/07/2025) |
| 02/07/2025 | | Magistrate Judge Gary Stein is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (laq) (Entered: 02/07/2025) |
| 02/07/2025 | | Case Designated ECF. (laq) (Entered: 02/07/2025) |
| 02/07/2025 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 3 Proposed Order to Show Cause With Emergency Relief was reviewed and approved as to form. (laq)** (Entered: 02/07/2025) |
| 02/08/2025 | 6 | ORDER re: 3 Proposed Order to Show Cause With Emergency Relief filed by State of New York: The Court accordingly: ORDERS that the defendants show cause before the Hon. Jeannette A. Vargas, at Courtroom 14C, United States Courthouse, 500 Pearl Street, New York, New York, at 2 p.m. on Friday, February 14, 2025, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure preliminarily enjoining the defendants during the pendency of this action from granting to political appointees, special government employees, and any government employee detailed from an agency outside the Treasury Department access to Treasury Department payment systems or any other data maintained by the Treasury Department containing personally identifiable information; and further ORDERS that, sufficient reason having been shown therefor, pending the hearing of the States application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, the defendants are (i) restrained from granting access to any Treasury Department payment record, payment systems, or any other data systems maintained by the Treasury Department containing personally identifiable information and/or confidential financial information of payees, other than to civil servants with a need for access to perform their job duties within the Bureau of Fiscal Services who have passed all background checks and security clearances and taken all information |

| | | |
|---|---|---|
| | | security training called for in federal statutes and Treasury Department regulations; (ii) restrained from granting access to all political appointees, special government employees, and government employees detailed from an agency outside the Treasury Department, to any Treasury Department payment record, payment systems, or any other data systems maintained by the Treasury Department containing personally identifiable information and/or confidential financial information of payees; and (iii) ordered to direct any person prohibited above from having access to such information, records and systems but who has had access to such information, records, and systems since January 20, 2025, to immediately destroy any and all copies of material downloaded from the Treasury Departments records and systems, if any; and further ORDERS that any opposition submission by defendants be filed by 5 p.m. on Tuesday, February 11, 2025; and that any reply by the States be filed by 5 p.m. on Thursday, February 13, 2025; and further ORDERS that personal service of a copy of this order and the States above–described affidavit, memorandum of law, and Complaint, be filed upon the defendants or their counsel on or before February 8, 2025, by 12 noon; and that the States forthwith serve these materials by email on Government counsel Bradley Humphreys and Jeffrey Oestericher, whom the Court understands have independently been emailed the States filings; and further ORDERS that plaintiffs post security in the amount of $10,000 prior to Friday, February 14, 2025, at 2 p.m. SO ORDERED. (Signed by United States District Judge Paul A. Engelmayer, sitting in Part 1 on 2/8/2025) (laq) (Entered: 02/08/2025) |
| 02/08/2025 | 7 | COMPLAINT against Donald J. Trump, Bessent Scott, U.S. Department of Treasury. Document filed by State of New York..(Faherty, Colleen) (Entered: 02/08/2025) |
| 02/08/2025 | 8 | NOTICE OF APPEARANCE by Andrew Stuart Amer on behalf of State of New York..(Amer, Andrew) (Entered: 02/08/2025) |
| 02/08/2025 | 9 | NOTICE OF APPEARANCE by Jeffrey Stuart Oestericher on behalf of Donald J. Trump, Bessent Scott..(Oestericher, Jeffrey) (Entered: 02/08/2025) |
| 02/08/2025 | 10 | AFFIRMATION of Colleen K. Faherty re: 6 Order,,,,,,,,,,, *service of Order on government counsel*. Document filed by State of New York..(Faherty, Colleen) (Entered: 02/08/2025) |
| 02/08/2025 | | Set/Reset Hearings: Show Cause Hearing set for 2/14/2025 at 02:00 PM in Courtroom 14C, 500 Pearl Street, New York, NY 10007 before Judge Jeannette A. Vargas. (tro) (Entered: 02/10/2025) |
| 02/08/2025 | | Set/Reset Deadlines: Replies due by 2/13/2025. Show Cause Response due by 2/11/2025. (tro) (Entered: 02/10/2025) |
| 02/08/2025 | | Transmission to Finance Unit (Cashiers). Transmitted re: 6 Order, to the Finance Unit (Cashiers) for case processing. (tro) (Entered: 02/10/2025) |
| 02/09/2025 | 11 | EMERGENCY MOTION to Vacate 6 Order,,,,,,,,,,, . Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Oestericher, Jeffrey) (Entered: 02/09/2025) |
| 02/09/2025 | 12 | MEMORANDUM OF LAW in Support re: 11 EMERGENCY MOTION to Vacate 6 Order,,,,,,,,,,, . . Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Oestericher, Jeffrey) (Entered: 02/09/2025) |
| 02/09/2025 | 13 | AFFIRMATION of Thomas H. Krause in Support re: 11 EMERGENCY MOTION to Vacate 6 Order,,,,,,,,,,, .. Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Oestericher, Jeffrey) (Entered: 02/09/2025) |
| 02/09/2025 | 14 | ORDER. The parties are ordered to meet and confer with respect to the Defendants' Emergency Motion to Dissolve, Clarify, or Modify the Ex Parte Temporary Restraining Order to determine if the parties can reach agreement on a stipulation that either resolves or narrows the issues presented in the Motion. If no agreement is reached, Plaintiffs' response to the Motion shall be due by 5:00 p.m. on Monday, February 10, 2025. Defendants' reply papers shall be due by 11:00 p.m. on Monday, February 10, 2025. (HEREBY ORDERED by Judge Jeannette A. Vargas) (Text Only Order) (Vargas, Jeannette) (Entered: 02/10/2025) |
| 02/10/2025 | | Magistrate Judge Stewart D. Aaron is so redesignated to handle matters that may be referred in this case. (vba) (Entered: 02/10/2025) |

| 02/10/2025 | 15 | ORDER: The undersigned has no particular or confidential knowledge about the events discussed in the Complaint, and thus sees no basis for recusal at this time. However, if any party wishes to move for recusal, has additional information that may bear on recusal, or wishes to discuss the question of recusal with the Court at a hearing scheduled for February 14, 2025, they should file an appropriate letter on ECF no later than noon on February 12, 2025. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 2/10/2025) (sgz) (Entered: 02/10/2025) |
|---|---|---|
| 02/10/2025 | 16 | NOTICE OF APPEARANCE by Kashif Taraq Chand on behalf of State of New Jersey..(Chand, Kashif) (Entered: 02/10/2025) |
| 02/10/2025 | 17 | NOTICE OF APPEARANCE by Darren Bernens Kinkead on behalf of State of Illinois..(Kinkead, Darren) (Entered: 02/10/2025) |
| 02/10/2025 | 18 | MOTION for Shannon Wells Stevenson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30593644. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Colorado. (Attachments: # 1 Affidavit Affidavit of Shannon Stevenson, # 2 Exhibit Certificate of Good Standing for the Colorado Supreme Court, # 3 Proposed Order Proposed Order Granting Motion to Appear Pro Hac Vice).(Stevenson, Shannon) (Entered: 02/10/2025) |
| 02/10/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 18 MOTION for Shannon Wells Stevenson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30593644. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/10/2025) |
| 02/10/2025 | 19 | MOTION for Daniel Paul Mosteller to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30594615. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of North Carolina. (Attachments: # 1 Affidavit Affidavit of Daniel Mosteller, # 2 Exhibit Certificate of Good Standing from the North Carolina Supreme Court, # 3 Proposed Order Proposed Order Granting Motion to Appear Pro Hac Vice).(Mosteller, Daniel) (Entered: 02/10/2025) |
| 02/10/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 19 MOTION for Daniel Paul Mosteller to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30594615. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/10/2025) |
| 02/10/2025 | 20 | MEMORANDUM OF LAW in Opposition re: 11 EMERGENCY MOTION to Vacate 6 Order,,,,,,,,,,,, . . Document filed by State of New York..(Amer, Andrew) (Entered: 02/10/2025) |
| 02/10/2025 | 21 | ORDER FOR ADMISSION PRO HAC VICE granting 18 Motion for Shannon Stevenson to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/10/2025) (jjc) (Entered: 02/10/2025) |
| 02/10/2025 | 22 | ORDER FOR ADMISSION PRO HAC VICE granting 19 Motion for Daniel P. Mosteller to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/10/2025) (jjc) (Entered: 02/10/2025) |
| 02/10/2025 | 23 | LETTER MOTION for Leave to File Excess Pages *(3,500 additional words)* addressed to Judge Jeannette A. Vargas from AUSA Jeffrey Oestericher dated 02/10/2025. Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Oestericher, Jeffrey) (Entered: 02/10/2025) |
| 02/10/2025 | 24 | ORDER granting 23 Letter Motion for Leave to File Excess Pages. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Vargas, Jeannette) (Entered: 02/10/2025) |
| 02/10/2025 | 25 | REPLY MEMORANDUM OF LAW in Support re: 11 EMERGENCY MOTION to Vacate 6 Order,,,,,,,,,,,, . . Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Oestericher, Jeffrey) (Entered: 02/10/2025) |
| 02/11/2025 | 26 | MOTION for Elizabeth Catherine Kramer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30598788. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Minnesota. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Affidavit ISO motion for PHV, # 2 Exhibit Cert. of Good Standing, # 3 Proposed Order on motion for PHV).(Kramer, Elizabeth) (Entered: 02/11/2025) |
| 02/11/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 26 MOTION for Elizabeth Catherine Kramer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30598788. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/11/2025) |
| 02/11/2025 | 27 | NOTICE OF APPEARANCE by Katherine Brady Dirks on behalf of Commonwealth of Massachusetts..(Dirks, Katherine) (Entered: 02/11/2025) |
| 02/11/2025 | 28 | MEMORANDUM OPINION AND ORDER re: 11 EMERGENCY MOTION to Vacate 6 Order . filed by U.S. Department of Treasury, Donald J. Trump, Bessent Scott. Accordingly, the Court GRANTS IN PART AND DENIES IN PART the motion to modify the TRO to clarify its reach. Specifically, the second decretal paragraph of the TRO is modified as followed: ORDERED that, sufficient reason having been shown therefor, pending the hearing of the States' application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, the defendants are (i) restrained from granting access to any Treasury Department payment record, payment systems, or any other data systems maintained by the Treasury Department containing personally identifiable information and/or confidential financial information of payees, other than to career employees with a need for access to perform their job duties within the Bureau of Fiscal Services who have passed all background checks and security clearances and taken all information security training called for in federal statutes and Treasury Department regulations; (ii) restrained from granting access to all political appointees, special government employees, and government employees detailed from an agency outside the Treasury Department, to any Treasury Department payment record, payment systems, or any other data systems maintained by the Treasury Department containing personally identifiable information and/or confidential financial information of payees, EXCEPT THAT this Order shall not apply to any Officer of the United States Department of the Treasury nominated by the President and confirmed by the United States Senate, in accordance with the Appointments Clause of Article II of the Constitution (including the Secretary of the Treasury and the Deputy Secretary of the Treasury); and (iii) ordered to direct any person prohibited above from having access to such information, records and systems but who has had access to such information, records, and systems since January 20, 2025, to immediately destroy any and all copies of material downloaded from the Treasury Department's records and systems, if any. Notwithstanding the above, nothing in this Order prevents (i) contractors on the approved outside contractor list maintained by the Department of Treasurys Chief Information Officer who were engaged prior to January 20, 2025, to perform routine or emergency maintenance on BFS systems from accessing such systems to perform routine or emergency maintenance, or (ii) the Federal Reserve Bank of Kansas City from continuing to access BFS payment systems as it did prior to January 20, 2025, pursuant to the letter of designation with the Treasury in effect prior to January 20, 2025. The Clerk of Court is directed to terminate ECF No. 11. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 2/11/2025) (jjc) (Entered: 02/11/2025) |
| 02/11/2025 | 29 | ORDER: In advance of the preliminary injunction hearing scheduled for February 14, 2025, the Court hereby ORDERS the parties to meet and confer with respect to the following questions: and further set forth in this Order. By noon on February 13, 2025, the parties should submit a joint letter not to exceed 14 single–spaced pages in length, setting forth the parties' agreement or, if no agreement is reached, their respective positions on each of these questions. The joint letter should address each of these questions separately, in subparts set forth under the reproduced question. (Signed by Judge Jeannette A. Vargas on 2/11/2025) (rro) (Entered: 02/11/2025) |
| 02/11/2025 | 30 | NOTICE OF APPEARANCE by Rabia Claire Muqaddam on behalf of State of New York..(Muqaddam, Rabia) (Entered: 02/11/2025) |
| 02/11/2025 | 31 | AFFIRMATION of Michael J. Wenzler in Opposition. Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Oesterreicher, Jeffrey) (Entered: 02/11/2025) |

| 02/11/2025 | 32 | AFFIRMATION of Vona S. Robinson in Opposition. Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Oestericher, Jeffrey) (Entered: 02/11/2025) |
|---|---|---|
| 02/11/2025 | 33 | AFFIRMATION of Thomas H. Krause, Jr. in Opposition. Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Oestericher, Jeffrey) (Entered: 02/11/2025) |
| 02/11/2025 | 34 | AFFIRMATION of Joseph Gioeli III in Opposition. Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Oestericher, Jeffrey) (Entered: 02/11/2025) |
| 02/11/2025 | 35 | MEMORANDUM OF LAW in Opposition . Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Oestericher, Jeffrey) (Entered: 02/11/2025) |
| 02/11/2025 | 36 | MOTION for David Dana Day to Appear Pro Hac Vice *for Plaintiff State of Hawaii*. Filing fee $ 200.00, receipt number ANYSDC−30602742. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Hawaii. (Attachments: # 1 Affidavit Affidavit in Support of PHV, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Day, David) (Entered: 02/11/2025) |
| 02/12/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 36 MOTION for David Dana Day to Appear Pro Hac Vice *for Plaintiff State of Hawaii*. Filing fee $ 200.00, receipt number ANYSDC−30602742. Motion and supporting papers to be reviewed by Clerk's Office staff.</B. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/12/2025) |
| 02/12/2025 | 37 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Jeannette A. Vargas from Andrew Amer dated February 12, 2025. Document filed by State of New York..(Amer, Andrew) (Entered: 02/12/2025) |
| 02/12/2025 | 38 | CONSENT MOTION to File Amicus Brief . Document filed by American Center for Law and Justice. (Attachments: # 1 Supplement PROPOSED AMICUS BRIEF IN SUPPORT OF THE DEFENDANTS).(Lonstein, Alexander) (Entered: 02/12/2025) |
| 02/12/2025 | 39 | ORDER re: 15 Order. Ian R. Liston, Director of Impact Litigation, Delaware Department of Justice, has appeared as counsel for the State of Delaware in the above−captioned matter. The parties are hereby notified that the undersigned and Mr. Liston were classmates at Harvard College in the 1990s. The undersigned has maintained a social friendship with Mr. Liston since that time, which has in the past included dinners, social gatherings, and vacations. During the pendency of Mr. Liston's representation of the State of Delaware in this matter, the undersigned will have no social contact with Mr. Liston. As set forth in the Court's prior Order (ECF No. 15), the undersigned has no particular or confidential knowledge about the events discussed in the Complaint, and thus sees no basis for recusal at this time. However, if any party wishes to move for recusal, has additional information that may bear on recusal, or wishes to discuss the question of recusal with the Court at the hearing scheduled for February 14, 2025, they should file an appropriate letter on ECF. In light of this additional disclosure, the deadline for the submission of such letter is extended to 6:00 p.m. on February 12, 2025. (Signed by Judge Jeannette A. Vargas on 2/12/2025) (jjc) (Entered: 02/12/2025) |
| 02/12/2025 | 40 | ORDER FOR ADMISSION PRO HAC VICE granting 36 Motion for David Dana Day to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Movant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 2/12/2025) (sgz) (Entered: 02/12/2025) |
| 02/12/2025 | 41 | NOTICE OF APPEARANCE by David Edward Leit on behalf of State of New Jersey..(Leit, David) (Entered: 02/12/2025) |
| 02/12/2025 | 42 | NOTICE OF APPEARANCE by Heidi Parry Stern on behalf of State of Nevada..(Stern, Heidi) (Entered: 02/12/2025) |

| 02/12/2025 | 43 | NOTICE OF APPEARANCE by Rebecca Sol Tinio on behalf of Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Tinio, Rebecca) (Entered: 02/12/2025) |
|---|---|---|
| 02/12/2025 | 44 | ORDER granting 37 Letter Motion for Leave to File Excess Pages. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Vargas, Jeannette) (Entered: 02/12/2025) |
| 02/12/2025 | 45 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Adam Kirschner to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Maryland. (Attachments: # 1 Affidavit in support of motion for PHV, # 2 Exhibit Letter of Good Standing, # 3 Proposed Order on motion for PHV).(Kirschner, Adam) Modified on 2/12/2025 (rju). (Entered: 02/12/2025) |
| 02/12/2025 |  | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 45 MOTION for Adam Kirschner to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Illinois;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (rju)** (Entered: 02/12/2025) |
| 02/12/2025 | 46 | NOTICE of Notice of Appearance for Christopher Healy. Document filed by U.S. Department of Treasury, Bessent Scott..(Oesterícher, Jeffrey) (Entered: 02/12/2025) |
| 02/12/2025 | 47 | DECLARATION of Vona S. Robinson in Opposition. Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Oesterícher, Jeffrey) (Entered: 02/12/2025) |
| 02/12/2025 | 48 | ORDER FOR ADMISSION PRO HAC VICE granting 26 Motion for Elizabeth Kramer to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 2/12/2025) (mml) (Entered: 02/13/2025) |
| 02/13/2025 | 49 | LETTER addressed to Judge Jeannette A. Vargas from The Parties dated February 13, 2025 re: February 11, 2025 Order Requesting Joint Letter. Document filed by State of Maryland, Commonwealth of Massachusetts, State of Minnesota, State of Nevada, State of New Jersey, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Wisconsin, State of New York, Donald J. Trump, U.S. Department of Treasury, Bessent Scott, State of Arizona, State of California, State of Colorado, State Of Connecticut, State of Delaware, State of Hawaii, State of Illinois, State of Maine..(Muqaddam, Rabia) (Entered: 02/13/2025) |
| 02/13/2025 | 50 | MOTION for Leave to File Amicus Brief in Support of Plaintiffs' Motion for a Preliminary Injunction *(Unopposed)*. Document filed by Former Treasury Department Officials. (Attachments: # 1 Exhibit A, Brief of Amici Curiae (proposed), # 2 Exhibit B, Proposed Order).(Diskant, Gregory) (Entered: 02/13/2025) |
| 02/13/2025 | 51 | REPLY MEMORANDUM OF LAW in Support re: 4 Memorandum of Law in Support, 3 Proposed Order to Show Cause With Emergency Relief . Document filed by State of New York. (Attachments: # 1 Exhibit Proposed Order for Preliminary Injunction).(Faherty, Colleen) (Entered: 02/13/2025) |
| 02/13/2025 | 52 | MOTION for David H. Thompson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30618388. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Iowa. (Attachments: # 1 Affidavit Declaration of David H. Thompson, # 2 Exhibit Certificates of Good Standing (Combined), # 3 Proposed Order Proposed Order).(Thompson, David) (Entered: 02/13/2025) |
| 02/13/2025 | 53 | MOTION for Leave to File Amicus Brief *in Support of Defendants' Opposition to Motion for Preliminary Injunction*. Document filed by State of Alabama, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, |

| | | |
|---|---|---|
| | | State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of Iowa. (Attachments: # 1 Exhibit [Proposed] Brief of Amici Curiae, # 2 Proposed Order Proposed Order).(Thompson, David) (Entered: 02/13/2025) |
| 02/14/2025 | 54 | LETTER addressed to Judge Jeannette A. Vargas from Special Counsel Colleen K. Faherty dated Feb. 14, 2025 re: Notice of Supplemental Authority. Document filed by State of New York..(Faherty, Colleen) (Entered: 02/14/2025) |
| 02/14/2025 | 55 | ORDER granting 38 Letter Motion to File Amicus Brief; granting 50 Letter Motion for Leave to File Document; granting 53 Letter Motion for Leave to File Document (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (nmo) (Entered: 02/14/2025) |
| 02/14/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 52 MOTION for David H. Thompson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30618388. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 02/14/2025) |
| 02/14/2025 | 56 | ORDER FOR ADMISSION PRO HAC VICE granting 52 Motion for David H. Thompson to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 2/14/2025) (sgz) (Entered: 02/14/2025) |
| 02/14/2025 | 57 | BRIEF *of Amici Curiae Former Treasury Department Officials in Support of Plaintiffs' Motion for a Preliminary Injunction*. Document filed by Former Treasury Department Officials..(Diskant, Gregory) (Entered: 02/14/2025) |
| 02/14/2025 | 58 | AFFIRMATION of Thomas H. Krause, Jr. in Opposition. Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Oestericher, Jeffrey) (Entered: 02/14/2025) |
| 02/14/2025 | | Minute Entry for proceedings held before Judge Jeannette A. Vargas: Preliminary Injunction Hearing held on 2/14/2025. Present were Andrew Amer, Rabia Muqaddam and Colleen Faherty for the Plaintiffs, and Jeffery Oestericher, Rebecca Sol Tinio and Christopher Healy for the Defendants. (Court Reporter Lisa O'Brien) (nmo) (Entered: 02/14/2025) |
| 02/16/2025 | 59 | NOTICE of Supplemental Authority. Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott. (Attachments: # 1 Exhibit A – DDC Mem. Op. and Order Denying TRO).(Tinio, Rebecca) (Entered: 02/16/2025) |
| 02/18/2025 | 60 | NOTICE of Supplemental Authority. Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott. (Attachments: # 1 Exhibit A – DDC Order on TRO).(Tinio, Rebecca) (Entered: 02/18/2025) |
| 02/18/2025 | 61 | MOTION for Alexander Carnevale to Appear Pro Hac Vice *for the State of Rhode Island*. Filing fee $ 200.00, receipt number ANYSDC–30633396. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Rhode Island. (Attachments: # 1 Affidavit Alexander Carnevale, # 2 Proposed Order Alexander Carnevale, # 3 Supplement Certificate of Good Standing).(Carnevale, Alexander) (Entered: 02/18/2025) |
| 02/18/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 61 MOTION for Alexander Carnevale to Appear Pro Hac Vice *for the State of Rhode Island*. Filing fee $ 200.00, receipt number ANYSDC–30633396. Motion and supporting papers to be reviewed by Clerk's Office staff.</FON. The document has been reviewed and there are no deficiencies. (rju) (Entered: 02/18/2025)** |
| 02/18/2025 | 62 | ORDER FOR ADMISSION PRO HAC VICE granting 61 Motion for Alexander Carnevale to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before |

| | | |
|---|---|---|
| | | this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 2/18/2025) (sgz) (Entered: 02/18/2025) |
| 02/18/2025 | 63 | NOTICE of Supplemental Authority. Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott. (Attachments: # 1 Exhibit A – D.D.C. Op Denying TRO).(Tinio, Rebecca) (Entered: 02/18/2025) |
| 02/19/2025 | 64 | MOTION for Brian Patrick Keenan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30643014. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Wisconsin. (Attachments: # 1 Proposed Order Proposed Order on Pro Hac Vice Admission, # 2 Affidavit Affidavit of Brian Keenan, # 3 Exhibit Wis. Certificate of Good Standing – Brian Keenan).(Keenan, Brian) (Entered: 02/19/2025) |
| 02/19/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 64 MOTION for Brian Patrick Keenan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30643014. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/19/2025) |
| 02/19/2025 | 65 | ORDER FOR ADMISSION PRO HAC VICE granting 64 Motion for Brian Patrick Keenan to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/19/2025) (rro) (Entered: 02/19/2025) |
| 02/19/2025 | 66 | **FILING ERROR – PDF ERROR –** MOTION for Elleanor Hsao–chuan Chin to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Oregon. (Attachments: # 1 Affidavit Affidavit of Elleanor Chin in support of Motion for Pro Hac Vice, # 2 Proposed Order Order on Motion for Pro Hac Vice).(Chin, Elleanor) Modified on 2/20/2025 (bc). (Entered: 02/19/2025) |
| 02/19/2025 | | Pro Hac Vice Fee Payment: for 66 MOTION for Elleanor Hsao–chuan Chin to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00, receipt number ANYSDC–30644596..(Chin, Elleanor) (Entered: 02/19/2025) |
| 02/20/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 66 MOTION for Elleanor Hsao–chuan Chin to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Oregon;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 02/20/2025) |
| 02/20/2025 | 67 | MOTION for Eric Harris Wessan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30647760. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Iowa. (Attachments: # 1 Affidavit Declaration, # 2 Exhibit Certificates of Good Standing, # 3 Proposed Order Proposed Order).(Wessan, Eric) (Entered: 02/20/2025) |
| 02/20/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 67 MOTION for Eric Harris Wessan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30647760. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 02/20/2025) |
| 02/20/2025 | 68 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/14/2025 before Judge Jeannette A. Vargas. Court Reporter/Transcriber: Lisa O'Brien, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/13/2025. Redacted Transcript Deadline set for 3/24/2025. Release of Transcript Restriction set for 5/21/2025..(McGuirk, Kelly) (Entered: 02/20/2025) |

| 02/20/2025 | 69 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/14/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 02/20/2025) |
|---|---|---|
| 02/20/2025 | 70 | MOTION for Matthew Frank Fitzsimmons to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30650744. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State Of Connecticut. (Attachments: # 1 Affidavit of Matthew F. Fitzsimmons, # 2 Exhibit Certificate of Good Standing – Connecticut Supreme Court, # 3 Proposed Order Granting Pro Hac Vice Admission).(Fitzsimmons, Matthew) (Entered: 02/20/2025) |
| 02/20/2025 | 71 | MOTION for Elleanor H. Chin to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Oregon. (Attachments: # 1 Affidavit Affidavit of Elleanor H. Chin, # 2 Exhibit Certificate of Good Standing – Oregon Supreme Court, # 3 Proposed Order Proposed Order Granting Pro Hac Vice Admission).(Chin, Elleanor) (Entered: 02/20/2025) |
| 02/21/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 70 MOTION for Matthew Frank Fitzsimmons to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30650744. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/21/2025) |
| 02/21/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 71 MOTION for Elleanor H. Chin to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/21/2025) |
| 02/21/2025 | 72 | ORDER FOR ADMISSION PRO HAC VICE granting 67 Motion for Eric H. Wessan to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 2/21/2025) (ar) Modified on 3/10/2025 (ar). (Entered: 02/21/2025) |
| 02/21/2025 | 73 | ORDER FOR ADMISSION PRO HAC VICE granting 70 Motion for Matthew Frank Fitzsimmons to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 2/21/2025) (ar) (Entered: 02/21/2025) |
| 02/21/2025 | 74 | ORDER FOR ADMISSION PRO HAC VICE granting 71 Motion for Elleanor Chin to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 2/21/2025) (ar) Modified on 3/10/2025 (ar). (Entered: 02/21/2025) |
| 02/21/2025 | 75 | BRIEF *of Amici Curiae State of Iowa and 19 Other States in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction.* Document filed by State of Iowa, State of Alabama, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah..(Thompson, David) (Entered: 02/21/2025) |
| 02/21/2025 | 76 | OPINION AND ORDER: The Court hereby ORDERS as follows: ORDERED that, pursuant to Rule 65 of the Federal Rules of Civil Procedure, the United States |

| | | Department of the Treasury and the Secretary of the Treasury are restrained from granting access to any Treasury Department payment record, payment systems, or any other data systems maintained by the Treasury Department containing personally identifiable information and/or confidential financial information of payees to any employee, officer or contractor employed or affiliated with the United States DOGE Service, DOGE, or the DOGE Team established at the Treasury Department, pending further Order of this Court; ORDERED that, by Monday, March 24, 2025, the United States Department of the Treasury shall submit a report to this Court, as further set forth herein. Upon receipt of the above submissions from the Department of the Treasury, the Court will schedule prompt briefing to address whether the Treasury Department has adequately redressed the violations of the APA found herein, so as to justify the termination or modification of the preliminary injunction. The Court hereby defers setting deadlines for the filing of a proposed case management plan or motions to amend the Complaint, and stays any deadlines for filing dispositive motions. The Court will take up such matters after determining whether, and if so to what extent, a preliminary injunction remains warranted after the Treasury Department's forthcoming submission. For the foregoing reasons, Plaintiffs' motion for a preliminary injunction is GRANTED. (Signed by Judge Jeannette A. Vargas on 2/21/2025) (vfr) (Entered: 02/21/2025) |
| 02/24/2025 | 77 | MOTION for Michael S. Cohen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30666620. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of California. (Attachments: # 1 Affidavit Declaration of Michael S. Cohen, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Pro Hac Vice Admission).(Cohen, Michael) (Entered: 02/24/2025) |
| 02/24/2025 | 78 | MOTION for Thomas S. Patterson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30666703. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of California. (Attachments: # 1 Affidavit Declaration of Thomas S. Patterson, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Pro Hac Vice Admission).(Patterson, Thomas) (Entered: 02/24/2025) |
| 02/24/2025 | 79 | MOTION for Mark R. Beckington to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30666753. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of California. (Attachments: # 1 Affidavit Declaration of Mark R. Beckington, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Pro Hac Vice Admission).(Beckington, Mark) (Entered: 02/24/2025) |
| 02/24/2025 | 80 | MOTION for John D. Echeverria to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30666789. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of California. (Attachments: # 1 Affidavit Declaration of John D. Echeverria, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Pro Hac Vice Admission).(Echeverria, John) (Entered: 02/24/2025) |
| 02/24/2025 | 81 | MOTION for Nicholas R. Green to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30666844. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of California. (Attachments: # 1 Affidavit Declaration of Nicholas R. Green, # 2 Exhibit Certificates of Good Standing, # 3 Proposed Order Granting Pro Hac Vice Admission).(Green, Nicholas) (Entered: 02/24/2025) |
| 02/24/2025 | 82 | MOTION for Jay C. Russell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30666887. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of California. (Attachments: # 1 Affidavit Declaration of Jay C. Russell, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Pro Hac Vice Admission).(Russell, Jay) (Entered: 02/24/2025) |
| 02/25/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 77 MOTION for Michael S. Cohen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30666620. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are** |

| | | |
|---|---|---|
| | | **no deficiencies. (rju)** (Entered: 02/25/2025) |
| 02/25/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 78 MOTION for Thomas S. Patterson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30666703. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/25/2025) |
| 02/25/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 79 MOTION for Mark R. Beckington to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30666753. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/25/2025) |
| 02/25/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 80 MOTION for John D. Echeverria to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30666789. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/25/2025) |
| 02/25/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 81 MOTION for Nicholas R. Green to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30666844. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/25/2025) |
| 02/25/2025 | 83 | ORDER FOR ADMISSION PRO HAC VICE granting 77 MOTION for Michael S. Cohen to Appear Pro Hac Vice The motion of Michael S. Cohen for admission to practice Pro Hac Vice in the above−captioned action is granted.. (Signed by Judge Jeannette A. Vargas on 2/25/2025) (jca) (Entered: 02/25/2025) |
| 02/25/2025 | 84 | ORDER FOR ADMISSION PRO HAC VICE granting 78 MOTION for Thomas S. Patterson to Appear Pro Hac Vice The motion of Thomas S. Patterson for admission to practice Pro Hac Vice in the above−captioned action is granted.. (Signed by Judge Jeannette A. Vargas on 2/25/2025) (jca) (Entered: 02/25/2025) |
| 02/25/2025 | 85 | ORDER FOR ADMISSION PRO HAC VICE granting 79 MOTION for Mark R. Beckington to Appear Pro Hac Vice The motion of Mark R. Beckington for admission to practice Pro Hac Vice in the above−captioned action is granted.. (Signed by Judge Jeannette A. Vargas on 2/25/2025) (jca) (Entered: 02/25/2025) |
| 02/25/2025 | 86 | ORDER FOR ADMISSION PRO HAC VICE granting 81 Motion for Nicholas R. Green to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/25/2025) (jjc) (Entered: 02/25/2025) |
| 02/25/2025 | 87 | ORDER FOR ADMISSION PRO HAC VICE granting 82 Motion for Jay C. Russell to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/25/2025) (jjc) (Entered: 02/25/2025) |
| 02/25/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 82 MOTION for Jay C. Russell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30666887. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/25/2025) |
| 02/25/2025 | 88 | ORDER FOR ADMISSION PRO HAC VICE granting 80 MOTION for John D. Echeverria to Appear Pro Hac Vice The motion of John D. Echeverria for admission to practice Pro Hac Vice in the above−captioned action is granted.. (Signed by Judge Jeannette A. Vargas on 2/25/2025) (jca) (Entered: 02/25/2025) |
| 02/26/2025 | 89 | MOTION for Kalikoonlani Diara Fernandes to Appear Pro Hac Vice *for Plaintiff State of Hawaii.* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Hawaii. (Attachments: # 1 Affidavit in Support of PHV, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Fernandes, Kalikoonalani) (Entered: 02/26/2025) |
| 02/26/2025 | 91 | Intervention of Right and Amiscus Federal Rule Civil Procedure 24. Document filed by Judson Witham. (ar) (Entered: 02/28/2025) |

| 02/27/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 89 MOTION for Kalikoonlani Diara Fernandes to Appear Pro Hac Vice *for Plaintiff State of Hawaii*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/27/2025) |
|---|---|---|
| 02/27/2025 | 90 | ORDER FOR ADMISSIONPRO HAC VICE granting 89 Motion for Kalikoonlani Diara Fernandes to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Movant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 2/27/2025) (sgz) (Entered: 02/27/2025) |
| 03/03/2025 | 92 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/14/2025 before Judge Jeannette A. Vargas. Court Reporter/Transcriber: Lisa O'Brien, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/24/2025. Redacted Transcript Deadline set for 4/3/2025. Release of Transcript Restriction set for 6/2/2025..(McGuirk, Kelly) (Entered: 03/03/2025) |
| 03/03/2025 | 93 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/14/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 03/03/2025) |
| 03/03/2025 | 94 | LETTER addressed to Judge Jeannette A. Vargas from Rebecca S. Tinio dated March 3, 2025 re: Request to Confirm Scope of Preliminary Injunction. Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Tinio, Rebecca) (Entered: 03/03/2025) |
| 03/04/2025 | 95 | LETTER addressed to Judge Jeannette A. Vargas from Colleen K. Faherty dated March 4, 2025 re: ECF 94, opposing Defendants' letter seeking to confirm the scope of the preliminary injunction. Document filed by State of New York..(Faherty, Colleen) (Entered: 03/04/2025) |
| 03/05/2025 | 96 | MOTION for Vanessa Lois Kassab to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30718734. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Delaware. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Kassab, Vanessa) (Entered: 03/05/2025) |
| 03/05/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 96 MOTION for Vanessa Lois Kassab to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30718734. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/05/2025) |
| 03/05/2025 | 97 | ORDER FOR ADMISSION PRO HAC VICE granting 96 Motion for Vanessa Lois Kassab to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Movant is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 3/5/2025) (sgz) (Entered: 03/05/2025) |
| 03/05/2025 | 98 | STATUS REPORT. *Defendants' Report in Support of Anticipated Motion to Partially Dissolve the Preliminary Injunction Motion* Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott. (Attachments: # 1 Affidavit Daniel Katz, # 2 Affidavit Joseph Gioeli III, # 3 Affidavit Michael J. Wenzler, # 4 Affidavit Kari Mencl).(Oestericher, Jeffrey) (Entered: 03/05/2025) |

| | | |
|---|---|---|
| 03/06/2025 | 99 | MOTION for Ian R. Liston to Withdraw as Attorney . Document filed by State of Delaware. (Attachments: # 1 Proposed Order Granting Motion for Withdrawal, # 2 Exhibit Certificate of Service).(Kassab, Vanessa) (Entered: 03/06/2025) |
| 03/06/2025 | 100 | ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL OF RECORD AND TERMINATING APPEARANCE granting 99 Motion to Withdraw as Attorney. The Court has reviewed the motion filed regarding the withdrawal of Ian R. Liston as counsel of record for Plaintiff State of Delaware. The Court hereby GRANTS the motion. The Clerk of Court is directed to terminate Mr. Liston as attorney of record for Plaintiff State of Delaware in the above−captioned case, and terminate ECF No. 99. (Signed by Judge Jeannette A. Vargas on 3/6/2025) (sgz) (Entered: 03/06/2025) |
| 03/06/2025 | 101 | MOTION for Joshua David Rothenberg Bendor to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30726529. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Arizona. (Attachments: # 1 Proposed Order Proposed Order for Pro Hac Vice).(Bendor, Joshua) (Entered: 03/06/2025) |
| 03/06/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 101 MOTION for Joshua David Rothenberg Bendor to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30726529. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/06/2025) |
| 03/07/2025 | 102 | **FILING ERROR − DEFICIENT DOCKET ENTRY** − PROPOSED ORDER. Document filed by State of Arizona. (Attachments: # 1 Proposed Order Proposed Order for Pro Hac Vice).(Katz, Joshua) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 3/7/2025 (bc). (Entered: 03/07/2025) |
| 03/07/2025 | 103 | MOTION for Joshua Allen Katz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30732218. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Arizona. (Attachments: # 1 Proposed Order Proposed Order for Pro Hac Vice).(Katz, Joshua) (Entered: 03/07/2025) |
| 03/07/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 103 MOTION for Joshua Allen Katz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30732218. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/07/2025) |
| 03/07/2025 | 104 | MOTION for Reconsideration re; 76 Memorandum & Opinion,,,,,, . Document filed by State of New York..(Faherty, Colleen) (Entered: 03/07/2025) |
| 03/07/2025 | 105 | ORDER FOR ADMISSION PRO HAC VICE granting 101 Motion for Joshua D. Bendor to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Joshua D. Bendor is admitted to practice Pro Hac Vice in the above−captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 3/7/2025) (jjc) (Entered: 03/07/2025) |
| 03/07/2025 | 106 | MEMORANDUM OF LAW in Support re: 104 MOTION for Reconsideration re; 76 Memorandum & Opinion,,,,,, . . Document filed by State of New York..(Faherty, Colleen) (Entered: 03/07/2025) |
| 03/07/2025 | 107 | ORDER FOR ADMISSION PRO HAC VICE granting 103 Motion for Joshua A. Katz to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Joshua A. Katz is admitted to practice Pro Hac Vice in the above−captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 3/7/2025) (jjc) (Entered: 03/07/2025) |
| 03/07/2025 | 108 | ORDER re: 94 Letter filed by U.S. Department of Treasury, Donald J. Trump, Bessent Scott. Accordingly, to the extent a modification of the Court's Preliminary Injunction is required in this circumstance, the Court modifies the Preliminary Injunction to exclude the PPS software application from the restrictions on access that were placed |

| | | |
|---|---|---|
| | | on employees, officers, or contractors employed or affiliated with the United States DOGE Service, DOGE, or the DOGE Team established at the Treasury Department. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 3/7/2025) (ar) (Entered: 03/07/2025) |
| 03/10/2025 | 109 | ORDER with respect to 104 Motion for Reconsideration. On March 7, 2025, Plaintiffs filed a motion for reconsideration (ECF No. 104) as to the con–of–interests ruling in the Opinion and Order granting Plaintiffs' motion for a Preliminary Injunction (ECF No. 76). Moreover, in a status report filed on March 5, 2025, Defendants indicated that they intend to file a motion to partially dissolve the Preliminary Injunction as to Ryan Wunderly on March 10, 2025 (ECF No. 98). In light of their interrelated nature, the Court is setting a briefing schedule that will allow the motions to be considered together. Defendants shall file their motion to partially dissolve the Preliminary Injunction by March 10, 2025. Defendants' opposition to the motion for reconsideration and Plaintiffs' opposition to the motion to partially dissolve the Preliminary Injunction shall be due March 14, 2025. Reply briefs shall be due March 17, 2025. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 3/10/2025) (ar) (Entered: 03/10/2025) |
| 03/10/2025 | | Set/Reset Deadlines: Motions due by 3/10/2025. Responses due by 3/14/2025. Replies due by 3/17/2025. (ar) (Entered: 03/10/2025) |
| 03/10/2025 | 110 | MOTION for Christopher R. Healy to Withdraw as Attorney . Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott. (Attachments: # 1 Proposed Order Withdrawing Appearance of Counsel).(Tinio, Rebecca) (Entered: 03/10/2025) |
| 03/10/2025 | 111 | MOTION Partially Dissolve Preliminary Injunction . Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Tinio, Rebecca) (Entered: 03/10/2025) |
| 03/10/2025 | 112 | MEMORANDUM OF LAW in Support re: 111 MOTION Partially Dissolve Preliminary Injunction . . Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Tinio, Rebecca) (Entered: 03/10/2025) |
| 03/11/2025 | 113 | ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL OF RECORD AND TERMINATING APPEARANCE granting 110 Motion to Withdraw as Attorney. The Court has reviewed the motion filed regarding the withdrawal of Christopher R. Healy as counsel of record for Defendants the Department of the Treasury and Scott Bessent, in his official capacity as Secretary of the Treasury. The Court hereby GRANTS the motion. The Clerk of Court is directed to terminate Mr. Healy as attorney of record for those Defendants in the above captioned case, and terminate ECF No. 110. (Signed by Judge Jeannette A. Vargas on 3/11/2025) (sgz) (Entered: 03/11/2025) |
| 03/12/2025 | 114 | MOTION for Adam D. Kirschner to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Maryland. (Attachments: # 1 Affidavit of Adam Kirschner, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order of Pro Hac Admission).(Kirschner, Adam) (Entered: 03/12/2025) |
| 03/12/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 114 MOTION for Adam D. Kirschner to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/12/2025) |
| 03/12/2025 | 115 | ORDER FOR ADMISSION PRO HAC VICE granting 114 Motion for Adam D. Kirschner to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 3/12/2025) (sgz) (Entered: 03/12/2025) |
| 03/14/2025 | 116 | LETTER addressed to Judge Jeannette A. Vargas from Rebecca S. Tinio dated March 14, 2025 re: Notice of Filing of Supplemental Declarations. Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott. (Attachments: # 1 Affidavit |

| | | |
|---|---|---|
| | | March 14, 2025 Declaration of David Ambrose, # 2 Affidavit March 14, 2025 Declaration of Nathaniel Reboja).(Tinio, Rebecca) (Entered: 03/14/2025) |
| 03/14/2025 | 117 | MEMORANDUM OF LAW in Opposition re: 104 MOTION for Reconsideration re; 76 Memorandum & Opinion,,,,,, . . Document filed by Donald J. Trump, U.S. Department of Treasury, Bessent Scott..(Tinio, Rebecca) (Entered: 03/14/2025) |
| 03/14/2025 | 118 | MEMORANDUM OF LAW in Opposition re: 111 MOTION Partially Dissolve Preliminary Injunction . . Document filed by State of New York..(Faherty, Colleen) (Entered: 03/14/2025) |
| 03/17/2025 | 119 | REPLY MEMORANDUM OF LAW in Support re: 104 MOTION for Reconsideration re; 76 Memorandum & Opinion,,,,,, . . Document filed by State of New York..(Faherty, Colleen) (Entered: 03/17/2025) |
| 03/17/2025 | 120 | REPLY MEMORANDUM OF LAW in Support re: 111 MOTION Partially Dissolve Preliminary Injunction . . Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Oestericher, Jeffrey) (Entered: 03/17/2025) |
| 03/17/2025 | 121 | REPLY AFFIDAVIT of Kari Mencl in Support re: 111 MOTION Partially Dissolve Preliminary Injunction .. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Oestericher, Jeffrey) (Entered: 03/17/2025) |
| 03/17/2025 | 122 | REPLY AFFIRMATION of Vona S. Robinson in Support re: 111 MOTION Partially Dissolve Preliminary Injunction .. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Oestericher, Jeffrey) (Entered: 03/17/2025) |
| 03/17/2025 | 123 | REPLY AFFIRMATION of Mark Vetter in Support re: 111 MOTION Partially Dissolve Preliminary Injunction .. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Oestericher, Jeffrey) (Entered: 03/17/2025) |
| 03/17/2025 | 124 | REPLY AFFIRMATION of Janice Benjamin in Support re: 111 MOTION Partially Dissolve Preliminary Injunction .. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Oestericher, Jeffrey) (Entered: 03/17/2025) |
| 03/17/2025 | 125 | REPLY AFFIDAVIT of Sandra R. Paylor in Support re: 111 MOTION Partially Dissolve Preliminary Injunction .. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Oestericher, Jeffrey) (Entered: 03/17/2025) |
| 03/17/2025 | 126 | REPLY AFFIDAVIT of David Ambrose in Support re: 111 MOTION Partially Dissolve Preliminary Injunction .. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury. (Attachments: # 1 Exhibit BFS Rules of Behavior, # 2 Exhibit BFS Email and Instant Messaging Policy, # 3 Exhibit BFS Privacy Policy).(Oestericher, Jeffrey) (Entered: 03/17/2025) |
| 03/18/2025 | 127 | MOTION for Jonathan T. Rose to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30781741. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Vermont. (Attachments: # 1 Affidavit Affidavit to PHV Motion, # 2 Proposed Order Proposed Order re PHV).(Rose, Jonathan) (Entered: 03/18/2025) |
| 03/18/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 127 MOTION for Jonathan T. Rose to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30781741. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/18/2025) |
| 03/18/2025 | 128 | ORDER FOR ADMISSION PRO HAC VICE granting 127 Motion for Jonathan T. Rose to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 3/18/2025) (sgz) (Entered: 03/18/2025) |
| 03/18/2025 | 129 | CONSENT LETTER MOTION for Leave to File Sur–Reply *concerning Defendants' Motion to Partially Dissolve the Preliminary Injunction (ECF No. 111)* addressed to Judge Jeannette A. Vargas from Andrew Amer dated March 18, 2025. Document filed |

| | | by State of New York..(Amer, Andrew) (Entered: 03/18/2025) |
|---|---|---|
| 03/18/2025 | 130 | ORDER granting 129 Letter Motion for Leave to File Sur–reply. Plaintiffs' sur–reply shall be due on March 21, 2025. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Vargas, Jeannette) (Entered: 03/18/2025) |
| 03/19/2025 | 131 | NOTICE OF APPEARANCE by Jonathan T Rose on behalf of State of Vermont..(Rose, Jonathan) (Entered: 03/19/2025) |
| 03/21/2025 | 132 | CONSENT LETTER MOTION for Extension of Time to File *Report* addressed to Judge Jeannette A. Vargas from AUSA Jeffrey Oestericher dated 03/21/2025. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Oestericher, Jeffrey) (Entered: 03/21/2025) |
| 03/21/2025 | 133 | RESPONSE in Opposition to Motion re: 111 MOTION Partially Dissolve Preliminary Injunction . *Sur–Reply by leave of Court (ECF No. 130)*. Document filed by State of New York..(Amer, Andrew) (Entered: 03/21/2025) |
| 03/24/2025 | 134 | ORDER granting 132 Letter Motion for Extension of Time to File Report. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin–Olowu, Tammy) (Entered: 03/24/2025) |
| 04/03/2025 | 135 | LETTER addressed to Judge Jeannette A. Vargas from Colleen K. Faherty dated April 3, 2025 re: Notice of Supplemental Authority. Document filed by State of New York..(Faherty, Colleen) (Entered: 04/03/2025) |
| 04/04/2025 | 136 | LETTER MOTION for Extension of Time *to Respond to Plaintiffs' Complaint* addressed to Judge Jeannette A. Vargas from Rebecca S. Tinio dated April 4, 2025. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 04/04/2025) |
| 04/07/2025 | 137 | ORDER granting 136 Letter Motion for Extension of Time. The deadline for Defendants' response to the Complaint is EXTENDED to 21 days after the Court has ruled on Plaintiffs motion for reconsideration (ECF No. 104) and Defendants motion to partially dissolve the preliminary injunction (ECF No. 111). (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin–Olowu, Tammy) (Entered: 04/07/2025) |
| 04/08/2025 | 138 | NOTICE of Supplemental Authority. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury. (Attachments: # 1 Exhibit April 7, 2025 Fourth Circuit Decision).(Tinio, Rebecca) (Entered: 04/08/2025) |
| 04/11/2025 | 139 | OPINION AND ORDER re: 104 MOTION for Reconsideration re; 76 Memorandum & Opinion, . filed by State of New York, 111 MOTION Partially Dissolve Preliminary Injunction . filed by U.S. Department of Treasury, Donald J. Trump, Bessent Scott. For the reasons stated herein, the Governments motion to partially dissolve the preliminary injunction is GRANTED, and the Plaintiffs' motion for reconsideration is DENIED. The Clerk of Court is directed to terminate ECF Nos. 104 and 111. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 4/11/2025) (jca) (Entered: 04/11/2025) |
| 04/29/2025 | 140 | ORDER: Accordingly, Defendants' response to the Complaint is currently due May 2, 2025. The Court hereby ORDERS that the Defendants' deadline for responding to the Complaint shall be adjourned sine dia. Defendants are directed to submit the status report regarding the remaining Treasury DOGE Team members by May 5, 2025. The parties are also directed to meet and confer and, by May 9, 2025, submit a joint letter regarding the parties' proposed next steps in this litigation. The letter should address: (1) whether Plaintiffs intend to file an amended complaint; (2) the proposed deadline for the production of an administrative record; (3) whether either party intends to file a dispositive motion, and the proposed briefing schedule with respect to such motion; (4) the parties' positions with respect to whether discovery is appropriate, and the scope of any such discovery; and (5) any other issues that the Court should consider in determining next steps in this litigation. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 4/29/2025) (sgz) (Entered: 04/29/2025) |
| 05/01/2025 | 141 | MOTION to Vacate *the Preliminary Injunction*. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 05/01/2025) |

| 05/01/2025 | 142 | MEMORANDUM OF LAW in Support re: 141 MOTION to Vacate *the Preliminary Injunction*. . Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 05/01/2025) |
|---|---|---|
| 05/01/2025 | 143 | DECLARATION of Daniel Katz in Support re: 141 MOTION to Vacate *the Preliminary Injunction*.. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 05/01/2025) |
| 05/01/2025 | 144 | DECLARATION of Michael J. Wenzler in Support re: 141 MOTION to Vacate *the Preliminary Injunction*.. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 05/01/2025) |
| 05/01/2025 | 145 | DECLARATION of Kari Mencl in Support re: 141 MOTION to Vacate *the Preliminary Injunction*.. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 05/01/2025) |
| 05/01/2025 | 146 | DECLARATION of David Ambrose in Support re: 141 MOTION to Vacate *the Preliminary Injunction*.. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 05/01/2025) |
| 05/01/2025 | 147 | DECLARATION of Mark Vetter in Support re: 141 MOTION to Vacate *the Preliminary Injunction*.. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 05/01/2025) |
| 05/09/2025 | 148 | STATUS REPORT. *(Joint)* Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 05/09/2025) |
| 05/12/2025 | 149 | MEMO ENDORSEMENT on re: 148 Status Report filed by U.S. Department of Treasury, Donald J. Trump, Bessent Scott. ENDORSEMENT: The Amended Complaint shall be filed by May 23, 2025. Defendants are directed to inform the Court whether they intend to file a dispositive motion by May 30, 2025. The parties should meet and confer regarding a briefing schedule for such dispositive motion, and inform the Court of the parties' positions in the May 30 letter. The opposition to the Motion to Dissolve the PI Order will be due on May 14, 2025, and the reply will be due on May 21, 2025. (Amended Pleadings due by 5/23/2025., Replies due by 5/21/2025., Responses due by 5/14/2025) (Signed by Judge Jeannette A. Vargas on 5/12/2025) (sgz) (Entered: 05/12/2025) |
| 05/14/2025 | 150 | LETTER addressed to Judge Jeannette A. Vargas from Rebecca Tinio dated May 14, 2025 re: Notice of Supplemental Declarations. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury. (Attachments: # 1 Supplement May 2025 Declaration of Mark Vetter, # 2 Supplement May 2025 Declaration of Michael Wenzler, # 3 Supplement Declaration of John York).(Tinio, Rebecca) (Entered: 05/14/2025) |
| 05/14/2025 | 151 | MEMORANDUM OF LAW in Opposition re: 141 MOTION to Vacate *the Preliminary Injunction*. . Document filed by State of New York..(Amer, Andrew) (Entered: 05/14/2025) |
| 05/16/2025 | 152 | LETTER addressed to Judge Jeannette A. Vargas from Rebecca S. Tinio dated May 16, 2025 re: Request to Expeditiously Modify the Preliminary Injunction. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 05/16/2025) |
| 05/21/2025 | 153 | REPLY MEMORANDUM OF LAW in Support re: 141 MOTION to Vacate *the Preliminary Injunction*. . Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 05/21/2025) |
| 05/23/2025 | 154 | NOTICE OF APPEARANCE by Stephen Christopher Thompson on behalf of State of New York..(Thompson, Stephen) (Entered: 05/23/2025) |
| 05/23/2025 | 155 | FIRST AMENDED COMPLAINT amending 7 Complaint against Donald J. Trump, Bessent Scott, U.S. Department of Treasury.Document filed by State of New York. Related document: 7 Complaint..(Thompson, Stephen) (Entered: 05/23/2025) |
| 05/27/2025 | 156 | MEMORANDUM OPINION AND ORDER re: 141 MOTION to Vacate *the Preliminary Injunction* filed by U.S. Department of Treasury, Donald J. Trump, Bessent Scott. For the reasons stated herein, the Defendants motion to dissolve the preliminary injunction in its entirety is DENIED. The preliminary injunction is |

| | | |
|---|---|---|
| | | modified, as set forth herein. As the Court has determined that Thomas Krause, Linda Whitridge, Samuel Corcos, and Todd Newnam have satisfied the conditions to be carved out of the definition of Restricted Personnel, they shall be permitted access to Treasury Payment Systems on the same terms as Wunderly. For the avoidance of doubt, however, Defendants are not required to obtain a judicial determination that a particular individual has satisfied the Training, Vetting and Mitigation Procedures before such person may be granted access to Treasury Payment Systems. The Clerk of Court is directed to terminate ECF No. 141.SO ORDERED. (Signed by Judge Jeannette A. Vargas on 5/27/2025) (sgz) (Entered: 05/27/2025) |
| 05/30/2025 | 157 | LETTER addressed to Judge Jeannette A. Vargas from Rebecca S. Tinio dated May 30, 2025 re: Request to Enter Agreed Motion Schedule. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 05/30/2025) |
| 06/04/2025 | 158 | MEMO ENDORSEMENT on re: 157 Letter filed by U.S. Department of Treasury, Donald J. Trump, Bessent Scott. ENDORSEMENT: SO ORDERED. ( Motions due by 7/2/2025., Replies due by 8/13/2025., Responses due by 7/30/2025) (Signed by Judge Jeannette A. Vargas on 6/3/2025) (sgz) (Entered: 06/04/2025) |
| 06/27/2025 | 159 | LETTER MOTION for Extension of Time *to File Dispositive Motion* addressed to Judge Jeannette A. Vargas from Rebecca S. Tinio dated June 27, 2025. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 06/27/2025) |
| 06/30/2025 | 160 | ORDER granting 159 Letter Motion for Extension of Time. SO ORDERED. Motions due by 7/18/2025. (Signed by Judge Jeannette A. Vargas on 6/30/2025) (sgz) (Entered: 06/30/2025) |
| 06/30/2025 | | Set/Reset Deadlines: Responses due by 8/22/2025 Replies due by 9/8/2025. (sgz) (Entered: 06/30/2025) |
| 07/10/2025 | 161 | MOTION for John D. Echeverria to Withdraw as Attorney . Document filed by State of California. (Attachments: # 1 Proposed Order Granting Motion for Withdrawal, # 2 Exhibit Certificate of Service).(Echeverria, John) (Entered: 07/10/2025) |
| 07/16/2025 | 162 | LETTER MOTION for Extension of Time addressed to Judge Jeannette A. Vargas from Rebecca Tinio dated July 16, 2025. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Tinio, Rebecca) (Entered: 07/16/2025) |
| 07/17/2025 | 163 | ORDER granting 161 Motion to Withdraw as Attorney. Attorney John D Echeverria terminated. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin–Olowu, Tammy) Transmission to Docket Assistant Clerk for processing. (Entered: 07/17/2025) |
| 07/17/2025 | 164 | ORDER granting 162 Letter Motion for Extension of Time. The Court adopts the briefing schedule for Defendants' dispositive motion proposed by the parties. Defendants' motion papers shall be filed no later than July 24, 2025. Plaintiffs' opposition papers shall be filed no later than August 28, 2025. Defendants' reply papers shall be filed no later than September 15, 2025. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin–Olowu, Tammy) (Entered: 07/17/2025) |
| 07/24/2025 | 165 | MOTION to Dismiss *First Amended Complaint*. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Oestericher, Jeffrey) (Entered: 07/24/2025) |
| 07/24/2025 | 166 | MEMORANDUM OF LAW in Support re: 165 MOTION to Dismiss *First Amended Complaint*. . Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury..(Oestericher, Jeffrey) (Entered: 07/24/2025) |
| 07/28/2025 | 167 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL –** NOTICE OF APPEAL. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Tinio, Rebecca) Modified on 7/28/2025 (km). (Entered: 07/28/2025) |
| 07/28/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Rebecca Tinio to RE–FILE Document No. 167 Notice of Appeal. The** |

|  |  |  |
|---|---|---|
|  |  | **filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (km)** (Entered: 07/28/2025) |
| 07/28/2025 | <u>168</u> | NOTICE OF INTERLOCUTORY APPEAL from <u>76</u> Memorandum & Opinion,,,,,,,. Document filed by Donald J. Trump, Bessent Scott, U.S. Department of Treasury. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Tinio, Rebecca) (Entered: 07/28/2025) |
| 07/29/2025 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: <u>168</u> Notice of Interlocutory Appeal,..(nd) (Entered: 07/29/2025) |
| 07/29/2025 |  | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for <u>168</u> Notice of Interlocutory Appeal, filed by U.S. Department of Treasury, Donald J. Trump, Bessent Scott were transmitted to the U.S. Court of Appeals..(nd) (Entered: 07/29/2025) |